UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **LOUIS NORMAND** | : | **DOCKET NO. 2:22-cv-02005** |
| **REG. # 22091-043** | | **SECTION P** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **WARDEN FCI OAKDALE** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that this petition be **DISMISSED WITHOUT PREJUDICE**. The warden's alleged failure to respond at the first step of the grievance process does not excuse the petitioner's failure to follow through with the remaining steps. *Wilson v. Epps*, 776 F.3d 296, 301 (5th Cir. 2015).

**THUS DONE AND SIGNED** in Chambers on the 16th day of September, 2022.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**